# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Maziyar Mike Ohebsion,* | CASE NO. CV 11-5205-GHK (PLAx) |
|       Plaintiff, | JUDGMENT |
|       v. | |
| *City National Bank,* | |
|       Defendant. | |

Pursuant to the Court's July 15, 2011 Order, IT IS HEREBY ADJUDGED that this action is **DISMISSED without prejudice**, for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED: July 15, 2011

_____
GEORGE H. KING
United States District Judge